UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GLEN WALLIS                                                                                          PLAINTIFF

V.                                  CASE NO. 3:20-CV-71-BD

SOCIAL SECURITY ADMINISTRATION                                      DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 24th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE